■ In the Matter of NATASHA A., a Child Alleged to be Neglected, Appellant. ANN MICHELENE L., Respondent. — In a proceeding pursuant to article 10 of the Family Court Act to declare Natasha A. a neglected child, the appeal is from an order of the Family Court, Kings County (Jurow, J.), dated May 12, 1983, which dismissed the petition. Order affirmed, without costs or disbursements. On this record, we find an insufficient basis for reversing the Family Court's determination that Natasha was not a neglected child within the meaning of subdivision (f) of section 1012 of the Family Court Act. While we recognize the complex circumstances of the case and the difficulties existing between the respondent mother and Natasha, the fact issues before the Family Court were sharply drawn and we are disinclined to question its judgment as to the credibility of the parties and the disposition of the questions before it. Nevertheless, although we cannot condition our affirmance on participation in therapy by both mother and daughter (see *Matter of Dina V.*, 86 AD2d 875), we strongly recommend that both seek professional counseling to help resolve the difficulties between them. Lazer, J. P., Mangano, Niehoff and Boyers, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Respondent, v UNSAFE BUILDING & STRUCTURE NUMBER 147-21 HUXLEY STREET. ENRIQUE FELIPA et al., Appellants; INTERCOUNTY MORTGAGE CORP., Respondent. — In a proceeding to demolish an allegedly unsafe building, Enrique Felipa and Alphonso Robinson appeal from an order of the Supreme Court, Queens County (Hyman, J.), entered August 3, 1983, which granted the application. Order reversed, without costs or disbursements, and new trial granted. Under the circumstances, appellants' request for an adjournment of a few days should have been granted, especially since the testimony of the most knowledgeable witness, who was not then available, was necessary as to the essential issue of the case (see *Distribuidora Nacional De Disco v Rappaport*, 92 AD2d 559; *Balogh v H.R.B. Caterers*, 88 AD2d 136). Titone, J. P., Gibbons, Thompson and Boyers, JJ., concur.